**Nancy SMITH et al., Appellants,**

v.

**Clabe BINGHAM, Appellee.**

Court of Appeals of Kentucky.

Nov. 28, 1958.

V. R. Bentley, Pikeville, for appellants.

Woodrow W. Burchett, Prestonsburg, for appellee.

PER CURIAM.

This case has been considered upon a motion for an appeal from a judgment of the Floyd Circuit Court which set aside and held for naught two deeds by which Nancy Smith and Lacy Smith had attempted to convey certain tracts of land to their children.

After an examination of the record, the briefs and authorities cited, we have concluded that the contentions of appellants are without merit.

The motion for appeal is overruled and the judgment is affirmed.